No. 82–597.  TREPANY ET AL. v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 82–600.  HINSON v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 82–604.  BLOCH v. COMPTON ET AL.  Sup. Ct. Va. Certiorari denied.

No. 82–607.  DUNN v. NATIONAL RAILROAD PASSENGER CORP., AKA AMTRAK.  C. A. 3d Cir.  Certiorari denied.

No. 82–617.  PFEIFFER v. ESSEX WIRE CORP.  C. A. 7th Cir.  Certiorari denied.

No. 82–621.  TOWN CONCRETE PIPE OF WASHINGTON, INC. v. LABORERS INTERNATIONAL UNION LOCAL 252. C. A. 9th Cir.  Certiorari denied.

No. 82–636.  J. L. LESTER & SON, INC. v. SMITH, ADMINISTRATRIX, ESTATE OF SMITH.  Ct. App. Ga.  Certiorari denied.

No. 82–641.  POMPANO v. MICHAEL SCHIAVONE & SONS, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 82–652.  CASEY v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 82–653.  WADE v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 82–661.  WALKER v. SUN SHIP, INC.  C. A. 3d Cir. Certiorari denied.

No. 82–668.  GONZALEZ v. NEBRASKA.  Sup. Ct. Neb. Certiorari denied.